THE TIDRICK LAW FIRM LLP
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
1300 Clay Street, Suite 600
Oakland, California  94612
Telephone: (510) 788-5100
Facsimile:  (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Plaintiff ANGELA MCRAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MCRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC,<br><br>Defendants. | Case No. 3:19-cv-05723<br><br>**PLAINTIFF ANGELA MCRAY'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1

**PLAINTIFF ANGELA MCRAY'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
*McRay v. Uber Technologies, Inc.*, Case No. 3:19-cv-05723

1   NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff
2   Angela McRay voluntarily dismisses the above-entitled action with prejudice. Attached hereto
3   is a declaration executed by Plaintiff Angela McRay.

4   DATED:  October 7, 2019            Respectfully submitted,

                                       THE TIDRICK LAW FIRM LLP

                                       By:  /s/ Steven G. Tidrick
                                       _____
                                       STEVEN G. TIDRICK, SBN 224760
                                       JOEL B. YOUNG, SBN 236662
                                       1300 Clay Street, Suite 600
                                       Oakland, California  94612
                                       Telephone:    (510) 788-5100
                                       Facsimile:     (510) 291-3226
                                       E-mail:         sgt@tidricklaw.com
                                       E-mail:         jby@tidricklaw.com

                                       Attorneys for Plaintiff ANGELA MCRAY

2

**PLAINTIFF ANGELA MCRAY'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
*McRay v. Uber Technologies, Inc.*, Case No. 3:19-cv-05723

## DECLARATION OF ANGELA MCRAY

I, Angela McRay, hereby declare under penalty of perjury that the following is true and correct.

1. I have personal knowledge of each fact stated herein, and, if called as a witness, I could and would competently and truthfully testify thereto.

2. I am represented by The Tidrick Law Firm LLP. I was already represented by The Tidrick Law Firm LLP to pursue claims against Uber Technologies, Inc. ("Uber") in private arbitration when I mistakenly signed up with another law firm, Lichten & Liss-Riordan, to serve as a class representative against Uber without fully understanding what Lichten & Liss-Riordan were asking me to do.

3. On October 7, 2019, I entered into a settlement agreement with Uber to settle and release all of my claims against Uber.

4. I relieve Lichten & Liss-Riordan as my counsel in any and all matters, including without limitation in the matter of *Angela McRay v. Uber Technologies, Inc.*, Case No. 3:19-cv-05723 (N.D. Cal.).

5. I authorize The Tidrick Law Firm LLP to appear on my behalf in *Angela McRay v. Uber Technologies, Inc.*, Case No. 3:19-cv-05723 (N.D. Cal.) and to file a voluntary dismissal of that case with prejudice on my behalf.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on October 7, 2019 at Pittsburg, California.

*Angela McRay*
Angela McRay (Oct 7, 2019)

Angela McRay