# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** October 8, 2019  **Time:** 10:18 - 10:32 = 14 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 19-cv-05723-EMC  **Case Name:** McCray v. Uber Technologies Inc.

**Attorney for Plaintiff:** Shannon Liss-Riordan (Court Call)
**Attorney for Defendant:** Theane Evangelis

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Not Reported

## PROCEEDINGS

Initial Case Management Conference - held

## SUMMARY

Defense counsel stated plaintiff filed a Notice of Voluntary Dismissal with prejudice in this case yesterday. Plaintiff's counsel attempted to file Amended Complaint shortly thereafter. Court held complaint cannot be amended following dismissal of entire suit.

Plaintiff's counsel to file complaint in new case and notice of related case. Assuming it is timely filed, date reserved for hearing both plaintiff and defendant motions (for preliminary injunction and to compel arbitration) is 11/21/2019 at 1:30 p.m.; opposition due 10/29/2019; reply due 11/7/2019. Should defendant choose to defer filing motion to compel arbitration until late October, it may have to forego reply.